RECEIVED
IN ALEXANDRIA, LA

FEB 23 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY LEON GREENHILL | DOCKET NO. 06-CV-0473 |
| VERSUS | JUDGE DRELL |
| U.S.A., MR. MELTON, MR. HUNT, JENNA EPPLIN, MARK EDENFIELD, & D. LAIR | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** as frivolous and failing to state a claim for which relief can be granted under § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of February, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE