

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY LEON GREENHILL | CIVIL ACTION NO. 06-0473-A |
| -vs- | JUDGE DRELL |
| UNITED STATES OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

### ORDER

On August 21, 2007, this Court referred the case to Magistrate Judge James D. Kirk for the purpose of issuing a report and recommendation, addressing the requirements of the Fifth Circuit's remand order of August 7, 2007. (Doc. # 24). In response, Magistrate Judge Kirk issued a self-styled order the same day, addressing the issues specified in our order. (Doc. # 25). To avoid needlessly difficult questions concerning authority, we treat Magistrate Judge Kirk's August 21, 2007 purported order as a report and recommendation instead. For the reasons stated by the Magistrate Judge in that document, and having determined that the findings and "recommendations" are correct under the applicable law, noting the absence of adverse response or objection to it:

IT IS ORDERED that plaintiff's notice of appeal be treated as both a petition to reopen the time to appeal and as a notice of appeal, that the petition to reopen is GRANTED and the case is reopened for a period of 14 days from this date, that plaintiff is deemed to have already timely filed his notice of appeal, and therefore,

the CLERK IS ORDERED to return this case to the court of appeals, along with this order.

SIGNED on this 10th day of October, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE